JENSEN *v.* WATTERS.

EVANS, P. J. This case is controlled by the decision in *Whatley* v. *Watters,* ante.

*Judgment affirmed. Beck, J., absent. The other Justices concur.*